```
GOLDSMITH & HULL          #50982
Attorney At Law
Carl N. Marschall
Attorney Bar #71823
18425 Burbank Blvd. Ste. 615
Tarzana, CA 91356-2821
(818) 708-2585  Fax: (818) 996-4537
```

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. A99-06664 |
| Plaintiff, | DEFAULT JUDGMENT |
| v. | |
| EARLENE B. ELZY | |
| Defendant, | |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from EARLENE B. ELZY the sum of $2,703.08 as principal, $2,060.16 as accrued prejudgment interest, $0.00 for penalties/administrative charges, and $170.00 for court cost, plus $470.31 attorney fees, less credits of $0.00 for a total amount of $5,403.55 plus interest from July 5, 2000, at the rate of $.59 per day to date of entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATE: OCT 27 2000

SHERRI R. CARTER, CLERK COURT
U.S. District Court Central
District of California

BY: _____
DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
OCT 27 2000
CENTRAL DISTRICT OF CALIFORNIA

ENTERED
CLERK, U.S. DISTRICT COURT
OCT 27 2000
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

Docketed
JS-6 / JS-5
Copy Ptys
Notice Ptys